

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00523-CV

| | | |
|---|---|---|
| Jerline Smith | § | From the 67th District Court |
| | § | of Tarrant County (67-252347-11) |
| v. | § | March 27, 2014 |
| Carter BloodCare | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Jerline Smith shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier_____
Justice Bill Meier